AO 91 (Rev. 5/85) Criminal Complaint ⊕     Marshall

# United States District Court

_____WESTERN_____ DISTRICT OF _____TEXAS_____

FILED
JAN 5 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
BYRON WILLIAMS

**CRIMINAL COMPLAINT**

CASE NUMBER: A-07-006 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about JANUARY 5TH, 2006̶7̶ (ref) in TRAVIS county, in the

__WESTERN__ District of __TEXAS__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly, intentionally, and unlawfully posses with intent to distribute an illegal controlled substance, To Wit: Cocaine Base.

in violation of Title __21__ United States Code, Section(s) __841 (a) (1)__

I further state that I am a(n) __Dean Peterson__ and that this complaint is based on the following
Official Title

facts: Affiant observed Byron Williams who is a known wanted felon at the Antonio's Restarant located at 16912 N I H 35 Austin, Travis County, Texas. Affaint knows that Williams has an outstanding felony warrant for Possession of Controlled substance, To Wit: Cocaine. Warrant number D1DC06302698 issued in Travis County on November 28th, 2006. Affiant observed Williams park his car at the restaurant and as Officers approached him, Williams took off running to Elude Officers. He was apprehended a short time later. In the vehicle that Williams was the lone occupant of, Officers found 19 grams of Cocaine base in a single cookie form during the vehicle inventory. Affiant also observed Williams throw something down as he started to run. Affiant found another plastic baggie on the ground in the same area that contained 3.1 grams of Cocaine base in rock form. Also found on his person was approximatly 93.4 grams of Marijuana in 12 individually packed plastic baggies. Affiant field tested the white cookie substance and the 8 off white rocks found on the ground and

Continued on the attached sheet and made a part    ☑ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

__1/5/07__     at __AUSTIN, TX__
Date                                   City and State

ANDREW W. AUSTIN
United States Magistrate Judge     _____
Name and Title of Judicial Officer     Signature of Judicial Officer

got a positive result for cocaine.

**Page 2 of Complaint**